# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | |
|---|---|
| **REGIONS BANK and LMIW VII, LLC,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.: 1:20-cv-00240-MPM- RP |
| **RUSSELL MARION STITES, AMY GLISSEN STITES, PRO SOUTH, INC., PRO LOGGING, INC., PRO TRUCKING, INC., CORPORATE BILLING, LLC, HITACHI CAPITAL AMERICA CORPORATION, AND THE UNITED STATES INTERNAL REVENUE SERVICE,** | ) ) ) ) ) ) ) ) |
| | ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs' claims against Defendants Corporate Billing, LLC, Hitachi Capital American Corporation and the United States Internal Revenue Service shall be dismissed without prejudice, pursuant to the notice of voluntary dismissal against these non-answering defendants featured within the Joint Stipulation and Motion for Entry of Judgment filed by LMIW [Doc. 3]. **IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, that the rights and interests of these Defendants Corporate Billing, LLC, Hitachi Capital American Corporation and the United States Internal Revenue Service shall not be affected, in any manner, by the Consent Judgment against certain defendants to be entered separately in this matter.

This the 10th day February, 2021.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**