# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | |
|---|---|
| **REGIONS BANK and LMIW VII, LLC,** )<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**RUSSELL MARION STITES, AMY** )<br>**GLISSEN STITES, PRO SOUTH, INC.,** )<br>**PRO LOGGING, INC., PRO TRUCKING,** )<br>**INC. , CORPORATE BILLING, LLC,** )<br>**HITACHI CAPITAL AMERICA** )<br>**CORPORATION, AND THE UNITED** )<br>**STATES INTERNAL REVENUE** )<br>**SERVICE,** )<br>)<br>**Defendants.** ) | **Civil Action No.: 1:20-cv-00240-MPM- RP** |

## ORDER OF DISMISSAL WITH PREJUDICE

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs' claims against Defendant Amy Glissen Stites are hereby dismissed, with prejudice, pursuant to the parties stipulation of voluntary dismissal within the Joint Stipulation and Motion for Entry of Judgment filed by LMIW and Amy Glissen Stites [Doc. 3]. The parties shall bear their own costs and expenses.

This the 10th day February, 2021.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**